### FOREMAN v. GUNN.

No. 14830—Opinion Filed June 2, 1925.

Error from District Court, Kay County; Claude Duval, Judge.

Action between Samuel Foreman and William Gunn. From the judgment, the former brings error. Reversed and remanded.

G. A. Chappell. for plaintiff in error.

B. C. Wirck, for defendant in error.

PER CURIAM. Upon the authority to Ellis v. Outler, 25 Okla. 469, 106 Pac. 957 this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as provided in rule 7 of this court.